FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2008 SEP -8 AM 11:17

United States District Court

Western District of Kentucky

Bowling Green, Kentucky

Civil Action 1:08CV101-M

William Lee Hood

v.

Baker Hughes Tool Company Inc
US Bank, national City Bank national City Bank
Micosoft corporation

Motion to voluntary dismiss this action because of 1987 settlement orders and other orders and other a Federal court orders has claim preclusion in this action Pursuant to F.R.cp 41(a)(ii) and retain authority to enforce this voluntary dismissal

William Lee Hood pro se Plaintiff move this honable court for volentary dismiss this action pursuant to a Federal court order in 1987 and own order from a Federal courts includes protective orders and orders if a Federal court judges do not put these orders back be fined $100,000.00 of staff and force to comply with these orders and people not to disturb these orders for

William Lee Hood pro se Plaintiff to own Baker Hughes Tool Company Company INC US Banks nat. and City Banks Atlantic richfield company
  Microsoft
  Renited States District court judge Thomas B. Russell judge in civil Action 1:07-cv-27-R

William Lee Hood Prose Plaintiff bought Micosoft Corporation from Bill Gates and others 4 times after deals and have own Micosoft Corporation in 1987 this has not change.

Bill Gates is not designated then as owning and Chairman of Micosoft Bill Gates has violated industrial espionuage and R.I.C.O. since New York in N. ewyork v. Micdsoft F.Supp. 2d the District court has no legal settlement for Monoply because Bill Gates had no Legal authority to act on behalf of William Lee Hood Prose Plaintiff. The United States Supreme Court Taylor v. sturgell 553 U.S. ___ (2008) Order District court settlement in New York v. Micdsoft F.Supp. is not legal

For Bill Gates and William Lee Hood Pro Se Plaintiff.

The $60,000,001,000 Sixty Billion dollars Bill Gates Stole Must be returned to Micosoft Corporation.

Bill Gates do have a Settlement as Part of Settlements in 1987 from a Federal Courts William Lee Hood Pro Se Plaintiff bought Micosoft Corporation from Bill Gates and others and cannot be change now!

New Hampshire r Maine 532 U.S. 742, 748 (2001) William Lee Hood Pro Se Plaintiff has a order from United States District Court judge Thomas B. Russell in civil Action 1:07-CV-27-R includes in Rule 60(b) Motion in Motion all owns settled from 1987 settlement order

has Claim preclusion in civil action 1:08CV-27-R order New Hampshire v Maine 532 U.S. 742, 748 (2001) William Lee Hood pro se Plaintiff move United States District Court judge Charles R. Simpson III's order in civil Action 3:06-CV-192-S order May 5, 2008 is evidence of 1987 settlement orders of William Lee Hood pro se Plaintiff own Baker Hughes Tool Company Inc, US Banks national City Banks, Atlantic richfield company Micosoft Corporation.

The reason judge Simpson III did not go into the 1987 settlement order is 6th. Circuit's opinion involving Indian Tribe about gold coins in 2007 if same judge de novo determination required and extreme evidence required if not, if not same judge no de novo determination made and extreme evidence required, new opinion on res judicata is Winget et al v J.P. Morgan NA et al - F.3d - August 11, 2008 - no. 07-1657.

(1) William Lee Hood pro se plaintiff have a stipulated settlement and claim preclusion to 1987 settlement orders of William Lee Hood pro se plaintiff own Baker Hughes Tool Company Inc US Banks national city Banks Atlantic Richfield Company Microsoft

There was no evidence the court order of change in circumstances this leaves the 1987 settlement orders same William Lee Hood pro se plaintiff own Baker Hughes Tool Company Inc US Banks, national city Banks Atlantic Richfield Company, Microsoft US Bank of Owensville, Kentucky d216 n of delay possession and withdraw money from M.

(2) ~~Attorney fees~~, This court could use and is move to use a alternative pursuant to Tate v. Short — US — and order US Bank, Scottsville, Kentucky 42164 to pay this filing fee. The US Bank Scottsville, Kentucky 42164 is a*4 over with Baker Hughes Tool Company Inc US Banks National City Banks, Atlantic Richfield company, Micosoft Brinks Armard car Service Exxon Corporation.

(3) William Lee Hood prose plaintiff put Money into Companys among is US Banks paid for There is no reason for employees and directors in Baker Hughes Tool Company Inc US Banks, National City Banks

Atlantic richfield Company, Microsoft Brinks Armard Car Service, Exxon corporation.

To refuse Possession of Baker Hughes Tool Company Inc. Atlantic richfield Company, Brinks Armard Car Service, Microsoft and withdraw Money out all own US Banks, National city Banks, and US Bank Scottsville, Kentucky 4264

(4) This action is not frevious.

(5) The 1987 Settlement orders and Protective orders the protective orders in 1987 Compels judges to put back as needed these 1987 settlement orders and protective orders as needed with Contempt Sanctions on judges for failure to put back as needed

the 1987 Settlement orders and protective orders. not be ~~distrubed from people~~ United States District Court Judge Jesse James Rogers of Western District of Kentucky was ordered from United States Court of Appeals for 10th Circuit to keep these companys all own and settled to, and to other orders William Lee Hood Pro Se Plaintiff and is preclusion and Law of Case.

The 1987 settlement orders and Protective orders has Claim Preclusion in this action

New Hampshire r Maine 532 U.S. 742, 750, 751 and Pegram v Hedrich 530 U.S. 211, 227 n. 8

of

William Lee Hood Pro Se Plaintiff all own Baker Hughes Tool Company Inc. U S Banks, national City Banks

Atlanticrichfield Company

Microsoft, Brinks Armard Car Service

Exxon Corporation.

There is no reason for delay of this

Settlement.

William Lee Hood Prose Plaintiff is the

only person to bring this action off.

## Conclusion

William Lee Hood Prose Plaintiff
bring this voluntary dismissal
settlement with references to 1987
settlement orders and protective
orders procetive orders to keep these
orders put back and enforced as needed
for

William Lee Hood Prose Plaintiff
Coal own
Baker Hughes Tool Company
Inc. US Bank national city Banks
Atlanticrichfield Company, Microsoft

Brinks Armored Car Service, EXXON

Corporation

And US Bank Scottsville, Kentucky

42164

This court order US Banks

Scottsville, Kentucky 42164

to Pay the filing fee in this

action as alternative to money sent

directly to this court clerks for

filing

fee in this action because William Lee Hood

pro se plaintiff has reason for this action

William Lee Hood pro se plaintiff bring

pursuant to

this voluntary dismissal FRCP 41(a)

dismissal settlement of this action

with authority to enforce retained

September 5, 2008

A copy of this
Voluntary
dismissal Settlement
was serve on all
defendants

William Lee Hood

William Lee Hood pro se
Plaintiff
c/o
Ken Keith
824 north 4th street
Scottsville, Kentucky
42164